IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SUN LIFE ASSURANCE COMPANY OF CANADA                                          PLAINTIFF

v.                                        Case No. 5:13-CV-05022

JUDITH ANN THORNTON, STEPHEN ROBERT
THORNTON, JR., and JUDITH ANN THORNTON, JR.,
in their capacities as co-trustees of the Robert B. Thornton
and Frieda V. Thornton Irrevocable Trust Dated the 24th Day
of February, 1993; and SIMMONS FIRST NATIONAL BANK,
f/k/a Metropolitan National Bank                                               DEFENDANTS

## CONSENT ORDER

The remaining parties to this action have notified the Court that they have agreed to a settlement of the above-styled action and request that the Court enter this Consent Order to effectuate the settlement. The Court finds that the Consent Order should be entered and hereby finds and orders as follows:

1. The Clerk of Court shall disburse One Hundred Five Thousand and XX/100 Dollars ($105,000.00) to Simmons First National Bank within one (1) business day after the entry of this Order.

2. The clerk shall disburse all remaining funds held in the Registry of the Court in this matter to the Robert B. Thornton and Frieda v. Thornton Irrevocable Trust Dated the 24th Day of February, 1993 within one (1) business day after the entry of this Order.

3. The Court shall retain jurisdiction over this matter until all funds are distributed to the parties as ordered above.

4. Upon payment of the funds as set forth above, this action and all claims, counterclaims, and cross-claims herein are dismissed with prejudice.

5. Each of the parties shall be responsible for its own costs and attorney's fees.

IT IS SO ORDERED.

_____
HON. P.K. HOLMES III
CHIEF U.S. DISTRICT JUDGE

2-27-14
Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 27 2014

CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk